# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brady, Holly A. | Northern District of Indiana, Fort Wayne Division | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

1300 S. Harrison Street
Fort Wayne, IN 46802

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Article III Judge | United States District Court, Northern District of Indiana, Fort Wayne Division |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self Employed - Customer Service Consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brady, Holly A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Steel Dynamics | A | Dividend | | | Sold | 09/18/20 | K | | |
| 2. Janus Henderson Overseas D Shares | A | Dividend | K | T | | | | | |
| 3. Millennium Trust/BioPoly | | None | M | T | | | | | |
| 4. Brady IRA Schwab Cash Reserve | A | Interest | K | T | | | | | |
| 5. Brady IRA Schwab Spdr Healthcare (XLV) | | | | | Buy | 06/23/20 | K | | |
| 6. Brady IRA Schwab Spdr Healthcare (XLV) | A | Dividend | K | T | Buy (add'l) | 08/19/20 | K | | |
| 7. Brady IRA Schwab Spdr S&P 500 ETF (SPY) | | | | | Buy (add'l) | 03/16/20 | K | | |
| 8. Brady IRA Schwab Spdr S&P 500 ETF (SPY) | | | | | Buy (add'l) | 06/23/20 | L | | |
| 9. Brady IRA Schwab Spdr S&P 500 ETF (SPY) | B | Dividend | N | T | Sold (part) | 07/29/20 | L | | |
| 10. Brady IRA Schwab Spdr Technology (XLK) | A | Dividend | K | T | Buy | 06/23/20 | K | | |
| 11. Brady IRA Schwab Vanguard FTSE Emerging (VWO) Markets ETF | A | Dividend | K | T | | | | | |
| 12. Brady IRA - Angel Oak (ANGLX) | A | Dividend | K | T | | | | | |
| 13. Brady IRA - Gugenheim Total Return (GIBLX) | | | | | Sold (part) | 03/16/20 | K | | |
| 14. Brady IRA - Gugenheim Total Return (GIBLX) | A | Dividend | J | T | | | | | |
| 15. Brady IRA Schwab American Fed Europacific (AEPFX) | A | Dividend | L | T | Sold (part) | 06/23/20 | K | | |
| 16. Brady IRA Schwab Carillon Eagle Small Cap (HRSCX) | C | Dividend | K | T | Sold (part) | 06/23/20 | K | | |
| 17. Brady IRA Schwab Doubline Schiller Ehnanced (DSENX) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Brady IRA JP Morgan Large Cap Growth (OLGAX) | | | | | Buy | 06/23/20 | K | | |
| 19.  Brady IRA JP Morgan Large Cap Growth (OLGAX) | D | Dividend | M | T | Buy (add'l) | 07/29/20 | L | | |
| 20.  Bradfy IRA Schwab MFS International Growth (MGRAX) | A | Dividend | L | T | Buy | 06/23/20 | L | | |
| 21.  Brady IRA Schwab MFS New Discovery Value (NDVAX) | B | Dividend | L | T | | | | | |
| 22.  Brady IRA Schwab Ishares MSCI EAfe ETF (EFA) | B | Dividend | | | Sold | 06/23/20 | M | | |
| 23.  Brady IRA Schwab Pimco Stockplus Small A (PCKAX) | A | Dividend | | | Sold | 06/23/20 | L | | |
| 24.  Indiana College Choice Section 529 Direct - Plan #1 Plan - #1 | | None | L | T | | | | | |
| 25.  Indiana College Choice Section 529 Direct - Plan #2 Plan - #2 | | None | K | T | | | | | |
| 26.  Indiana College Choice Section 529 Direct - Plan #3 Plan - #3 | | None | L | T | | | | | |
| 27.  Three Rivers Federal Credit Union | A | Interest | L | T | | | | | |
| 28.  Chase Bank Account - 1 | A | Interest | J | T | | | | | |
| 29.  Chase Bank Account - 2 (Y) | A | Interest | J | T | | | | | |
| 30.  Old National HSA Account | A | Interest | J | T | | | | | |
| 31.  Trust Number 1 - 1/6th Remainder Interest (H) | | | | | | | | | |
| 32.  -Uobirac, LLC - Property in Allen County, Indiana - AV $955,900 | F | Rent | N | S | | | | | |
| 33.  - Promissory Note AW | D | Interest | M | T | | | | | |
| 34.  - Promissory Note - RW Winkeljohn | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  - First Source | A | Interest | M | T | | | | | |
| 36.  - Activision Blizzard (ATVI) | A | Dividend | K | T | | | | | |
| 37.  - Allegiant Travel (LAGT) | | | L | T | | | | | |
| 38.  - Apple (AAPL) | B | Dividend | N | T | | | | | |
| 39.  - Biostage Inc Common Stock (BSTG)- (Y) | | | | | | | | | |
| 40.  - Cisco Systems (CSCO) | A | Dividend | K | T | | | | | |
| 41.  - Morgan Stanley (MS) formerly ETrade Financial (ETFC) | B | Dividend | M | T | | | | | |
| 42.  - Nucor (NUE) | A | Dividend | K | T | | | | | |
| 43.  -Nutrien Ltd (NTR) - (X) | A | Dividend | J | T | | | | | |
| 44.  - Nvidia Corp (NVDA) | A | Dividend | N | T | | | | | |
| 45.  - PNC Financial Services (PNC) | A | Dividend | K | T | | | | | |
| 46.  - Steel Dynamics (STDL) | D | Distribution | N | T | | | | | |
| 47.  - ST Microelectronics (STM) | A | Dividend | K | T | | | | | |
| 48.  - Teck Resources (TECK) | A | Dividend | J | T | | | | | |
| 49.  - Visa Inc CLA Common Stock (V) | A | Dividend | L | T | | | | | |
| 50.  - Weibo Corporation (WB) | | | J | T | | | | | |
| 51.  - Schwab xxxx-xx83 - Money Market Sweep Account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Schwab xxxx-xx83 - ishares 0-5 Yr. Inv Grade Corp Bd ETF (SLQD) | A | Dividend | M | T | Buy | 11/23/20 | M | | |
| 53. -Schwabxxxx-xx83 - Schwab International Equity ETF (SCHF) | B | Dividend | L | T | | | | | |
| 54. -Schwab xxxx-xx83 Schwab US Large Cap Growth (SCHV) | A | Dividend | M | T | | | | | |
| 55. - Schwab xxxx-xx83 SPDR S&P 400 Mid (MDYV) | A | Dividend | M | T | | | | | |
| 56. - Schwab xxxx-xx83 SPDR S&P 600 Small Cap Growth ETF (SLYV) | A | Dividend | M | T | | | | | |
| 57. - Schwab xxxx-xx83 - Invesco Bulletshares (BTSM) Equity ETF | A | Dividend | | | Sold | 11/23/20 | M | D | |
| 58. - Schwab xxxx-xx83 Schwab US Large Cap Growth (SCHG) | A | Dividend | | | Sold | 11/23/20 | M | E | |
| 59. - Schwab xxxx-xx83 SPDR S&P 400 Mid Cap Growth ETF (MDYG) | A | Dividend | | | Sold | 11/23/20 | M | E | |
| 60. - Schwab xxxx-xx83 SPDR S&P 600 Small Cap Growth ETF (SLYG) | A | Dividend | | | Sold | 11/23/20 | M | E | |
| 61. - Schwab xxxx-xx91 Money Market Sweep | A | Interest | K | T | | | | | |
| 62. - Schwab xxxx-xx91 - American Fund (AEPFX) Europacific Growth (AEPFX) | A | Dividend | L | T | | | | | |
| 63. - Schwab xxxx-xx91 - Angel Oak Multi Strat (ANGLX) Europacific Growth | B | Dividend | K | T | Sold (part) | 03/16/20 | K | | |
| 64. - Schwab xxxxxx91 - Carillon Eagle Small Cap Growth Fd A (HRSCX) | | | K | T | | | | | |
| 65. -Schwab xxxx-xx91 - Doubleline Shiller Fixed Income (DLFNX) | A | Dividend | L | T | Buy | 08/20/20 | L | | |
| 66. - Schwab xxxxxx91 - Doubleline Shiller Enhanced Cap Fund (DSENX) | B | Dividend | L | T | | | | | |
| 67. - Schwab xxxxxx91 - Fidelity Inter Bond (FTHRX) Enhanced Cap Fund | B | Dividend | L | T | | | | | |
| 68. - Schwab xxxxxx91 - Guggenheim (GIBLX) | C | Dividend | L | T | Sold (part) | 03/16/20 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Schwab xxxx-xx91 JP Morgan Large Cap Growth (OLGAX) | C | Dividend | L | T | Buy | 07/30/20 | L | | |
| 70. -Schwab xxxx-xx91 MFS International Growth (MGRAX) | A | Dividend | K | T | Buy | 06/24/20 | K | | |
| 71. - Schwab xxxxxx91 - MFS New Discovery (NDVAX) Value Fund A | A | Dividend | K | T | | | | | |
| 72. - Schwab xxxxxx91 Pimco Incm Inst CL (PIMIX) | B | Dividend | K | T | Sold (part) | 06/23/20 | J | | |
| 73. Schwab xxxx-xx91 - SPDR Healthcare (XLV) | A | Dividend | K | T | Buy | 06/25/20 | J | | |
| 74. Schwab xxxx-xx91 - SPDR S&P 500 ETF (SPY) | C | Dividend | N | T | Sold (part) | 07/29/20 | K | D | |
| 75. Schwab xxxx-xx91 SPDR Technology (XLK) | A | Dividend | K | T | Buy | 06/23/20 | J | | |
| 76. - Schwab xxxx-xx91 - Vanguard FTSE Emerging Markets (VWO) | A | Dividend | K | T | | | | | |
| 77. - Schwab xxxx-xx91 - Ishares MSCI EAFE (EFA) ETF | B | Dividend | | | Sold | 06/23/20 | L | | |
| 78. - Schwab xxxxxx91 - Pimco Stockplus Small A (PCKAX) | A | Dividend | | | Sold | 06/23/20 | J | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brady, Holly A.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brady, Holly A. | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Holly A. Brady**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544